UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | 1: 08 CV 00651 LJO  WMW HC |
| Petitioner, | ORDER DISMISSING PETITION WITHOUT PREJUDICE |
| v. | |
| JAMES D. HARTLEY, WARDEN, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 Habeas Cases. In his petition, Petitioner states that it "should be added" to his existing civil rights case, Tanksley v. Balckwell, 1: 08-cv-0093 OWW GSA. Petitioner may not amend his civil rights action by filing a Section 2254 habeas corpus petition. The only way Petitioner may amend his civil rights action is to file an amendment to his complaint in that case.

Accordingly, this petition for writ of habeas corpus is HEREBY DISMISSED without

1  prejudice to Petitioner's right to file an appropriate amendment to his complaint in his civil rights
2  action. The Clerk of the Court is directed to close this case.
3
4  IT IS SO ORDERED.
5  Dated:   June 16, 2008                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE